**THE SORENSON LAW FIRM, LLC**
ATTORNEYS AT LAW
950 W. ELLIOT ROAD, SUITE 226
TEMPE, AZ 85284
TELEPHONE: (480) 839-9500
FAX: (480) 839-9508
Wade@SorensonLaw.Net

Wade R. Causey, AZ Bar No. 012084
*Attorneys for Defendants Circle K Stores, Inc. and Alimentation Couche-Tard, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| SANDY DAVIS, a single individual on behalf of all statutory beneficiaries for CHRISTOPHER CUPCHAK, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CIRCLE K STORES, INC., a Foreign For Profit Corporation; ALIMENTATION COUCHE-TARD, INC., parent company of CIRCLE K STORES INC., KENNETH JAMES BRADY and JANE DOE BRADY, husband and wife; JOHN and JANE DOES 1-5; and ABC CORPORATIONS 1-5,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION**<br><br>**JURY TRIAL DEMANDED**<br><br>Trial Date: None Set |

**NOTICE OF REMOVAL**

**TO THE HONORABLE JUDGES AND CLERKS OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA.**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C.A. § 1332, Defendants Circle K Stores, Inc. and Alimentation Couch-Tard, Inc. ("Defendants") hereby removes the above-entitled action to this Court based on the following supporting grounds. The Defendants, appearing solely for the purpose of this removal and for no other purpose, and preserving all other defenses available to them, state as follows:

1. On May 21, 2022, a Complaint was filed against the Defendants in Maricopa County Superior Court, Arizona captioned *Sandy Davis, a single individual on behalf of all statutory beneficiaries for Christopher Cupchak, deceased v. Circle K Stores, Inc., Alimentation Couche-Tard, Inc., Kenneth James Brady and Jane Does Brady, husband and wife, John and Jane Does 1 – 5; and ABC Corporations 1 – 5*, Case No. 2022-006473 (the "State Court Action").

2. Service of the summons and the Complaint was effectuated May 24, 2022 upon Corporation Service Company (CSC), the Statutory Agent for the Defendants.

3. This Court has original jurisdiction of this civil action pursuant to 28 U.S.C.A. § 1332(a)(1) based on amount in controversy and diversity of citizenship. Plaintiff seeks an amount in controversy in excess of $75,000.00. Plaintiff is a resident of Phoenix, Arizona, Maricopa County. Defendant Circle K Stores is incorporated in the State of Texas with a principal place of business located at 701 Brazoo St., Suite 1050, Austin, TX, 78701, USA. Pursuant to 28 U.S.C.A. § 1332(c)(1), Defendant Circle K Stores is a resident of Texas. Defendant Alimentation Couche-Tard, Inc. is incorporated in Laval, Quebec with a principal place of business located at 1600 St-Martin Blvd., East Tower B, Suite 200, Laval, Quebec H7G 4S7.

4. Pursuant to 28 U.S.C.A. § 1446(a) and LRCIV 3.6(b), the undersigned counsel for the Defendants, hereby verifies that true and complete copies of all pleadings and other documents filed in the State Court Action are filed herewith.

5. Pursuant to 28 U.S.C.A. § 1446(d) and LRCIV 3.6(a), a copy of this Notice of Removal has been filed with the Clerk of the Superior Court in and for the County of Maricopa, Arizona.

6. Pursuant to 28 U.S.C.A. § 1446(d), after the filing of this Notice of Removal, the Defendants shall give written notice thereof to Plaintiff's counsel.

RESPECTFULLY SUBMITTED this 15th day of June, 2022.

**THE SORENSON LAW FIRM, LLC**

By: /s/ Wade R. Causey
Wade R. Causey,
*Attorneys for Defendant Circle K Stores, Inc. and Alimentation Couche-Tard, Inc.*

Filed electronically this 15th day of June, 2022 at ecf.azb.uscourts.gov:

**COPY** of the foregoing emailed/mailed this same day to:

Mark P. Breyer, Esq.
Brian C. Fawber, Esq.
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, AZ 85044
minutes@breyerlaw.com
*Attorneys for Plaintiffs*

By: /s/Carolyn G. Emson



KP / WC
Transmittal Number: 24990459
Date Processed: 05/31/2022

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Beth Pierce<br>Circle K<br>1100 Situs Ct<br>Ste 100<br>Raleigh, NC 27606-4295 |
| **Electronic copy provided to:** | Susanna Dykes<br>Vanessa Alaniz<br>Joe Murray<br>Shelly Schilling<br>Aletia Scott<br>Lisa Puckett<br>Sonia Cabral |

| | |
|---|---|
| **Entity:** | Circle K Stores Inc.<br>Entity ID Number 2105805 |
| **Entity Served:** | Circle K Stores, Inc. |
| **Title of Action:** | Sandy Davis vs. Circle K Stores, Inc. |
| **Matter Name/ID:** | Sandy Davis vs. Circle K Stores, Inc. (12371852) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Wrongful Death |
| **Court/Agency:** | Maricopa County Superior Court, AZ |
| **Case/Reference No:** | CV2022-006473 |
| **Jurisdiction Served:** | Arizona |
| **Date Served on CSC:** | 05/24/2022 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Breyer Law Offices, P.C.<br>480-219-6274 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
5/21/2022 4:19:12 PM
Filing ID 14341312

Person/Attorney Filing: Brian Fawber
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)219-6274
E-Mail Address: daniellel@breyerlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028577, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Sandy Davis
Plaintiff(s),
v.
Circle K Stores, Inc., et al.
Defendant(s).

Case No. **CV2022-006473**

**SUMMONS**

To: Circle K Stores, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #6834081

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *May 21, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *ARASELI MARQUEZ*
Deputy Clerk

SEAL OF THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA

Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6834061

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
5/21/2022 4:19:12 PM
Filing ID 14341310

CV2022-006473

**Plaintiff's Attorneys:**

Brian Fawber - Primary Attorney
Bar Number: 028577, issuing State: AZ
Law Firm: Breyer Law Offices
3840 E. Ray Road
Phoenix, AZ 85044
Telephone Number: (480)219-6274
Email address: daniellel@breyerlaw.com

Mark Breyer
Bar Number: 016862, issuing State: AZ
Law Firm: Breyer Law Offices
Telephone Number: (480)219-6274

**Plaintiff:**

Sandy Davis

**Defendants:**

Circle K Stores, Inc.
8825 N 23rd Avenue, Suite 100
Phoenix, AZ 85021

Alimentation Couche-Tard, Inc.

Kenneth James Brady
12721 W Greenway Road
El Mirage, AZ 85335

Discovery Tier t3

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Negligence

AZTurboCourt.gov Form Set #6834061

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
5/21/2022 4:19:12 PM
Filing ID 14341309

Mark P. Breyer (Bar No. 016862)
Brian C. Fawber (Bar No. 028577)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
(480) 219-6274
minutes@breyerlaw.com

Attorneys for Plaintiff

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| SANDY DAVIS, a single individual on behalf of all statutory beneficiaries for CHRISTOPHER CUPCHAK, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CIRCLE K STORES, INC., a Foreign For-Profit Corporation; ALIMENTATION COUCHE-TARD, INC., parent company of CIRCLE K STORES INC., KENNETH JAMES BRADY and JANE DOE BRADY, husband and wife; JOHN and JANE DOES 1-5; and ABC CORPORATIONS 1-5,<br><br>Defendants. | No. **CV2022-006473**<br><br>**COMPLAINT**<br><br>**(Tort - Negligence)** |

The Plaintiff, Sandy Davis, a single individual, and behalf of all statutory beneficiaries of Christopher Cupchak, deceased, by and through undersigned counsel, for her complaint against the Defendants named herein alleges as follows:

1. Sandy Davis was, at all times relevant to this action, a resident of Maricopa County, AZ. At the time of the incident described herein, the Plaintiff is single and continues to be single at this time.

2. The Defendant Circle K Stores, Inc. is a FOREIGN CORPORATION/AZ CORP, doing business in Maricopa County, AZ.

3. The Defendant ALIMENTATION COUCHE-TARD, INC., is the parent company of CIRCLE K STORES INC. with its principle place of business in Canada, was at all relevant times trading and doing business in Maricopa Arizona.

4. Upon information and belief Kenneth James Brady and Jane Doe Brady are residents of Maricopa County, AZ.

5. At all times relevant hereto, the Defendant Kenneth James Brady was acting individually and on behalf of the marital community, if any, of Defendant Kenneth James Brady and Jane Doe Brady, whose true name is unknown to Plaintiffs.

6. Upon information and at all times relevant hereto, Kenneth James Brady was acting in the course and scope of his employment with Circle K Stores, Inc. and/or Alimentation Couche-Tard, Inc. as a supervisor.

7. John and Jane Does 1-5 and ABC Corporations 1-5 are persons or entities whose conduct, true names and identities are unknown at this time. Sandy Davis requests leave to amend this pleading when that information is discovered.

8. The acts and omissions complained of herein occurred in Maricopa County, Arizona, within the jurisdiction of this Court.

9. Jurisdiction and venue are appropriate in this Court. The amount in controversy exceeds the minimal jurisdictional limits of this Court.

10. Defendants John and Jane Does and Circle K Stores, Inc. and/or Alimentation Couche-Tard, Inc. were acting within the course and scope of their

employment or under the direction and control of Defendants such that legal liability is imputed to Defendant under the doctrine of Respondeat Superior and agency principles for the acts of Defendant Circle K Stores, Inc. and/or Alimentation Couche-Tard, Inc.

11. Defendant Circle K Stores, Inc. and/or Alimentation Couche-Tard, Inc. was independently negligent in the hiring, training, retention, and/or supervision of its employees, specifically Kenneth James Brady, of Defendant Circle K Stores, Inc. and/or Alimentation Couche-Tard, Inc. which was a proximate cause of Mr. Cupchak's death.

12. On or about 5/23/2021-5/26/2021, the Defendants Circle K Stores, Inc. and/or Alimentation Couche-Tard, Inc.owned, maintained, controlled and/or occupied property located in Maricopa, Arizona ("the property").

13. Upon information and belief, on 5/23/2021-5/26/2021 Defendant Circle K Stores, Inc. and/or Alimentation Couche-Tard, Inc. and their employee's agents and assigns leased space within the property in Maricopa County, Arizona.

14. Upon information and belief Defendant Kenneth James Brady, while in the course and scope of his employment with Defendant Circle K Stores, Inc, and/or Alimentation Couche-Tard, Inc. as a supervisor, supplied medication laced with fentanyl to Christopher Cupchak, deceased, which was the direct and proximate cause of Christopher Cupchak's death due to a fentanyl overdose.

15. The Defendants and each of them owed a duty to the decedent and that duty was breached due to their negligent acts and/or omissions to act, which were a direct and proximate cause of the death of Christopher Cupchak.

16. As a direct and proximate result of the negligent, acts and/or omissions to act by these defendants, in supplying or allowing the supply of fentanyl laced medication during the course and scope of employment the defendants breached their duty to Mr. Cuphack.

17. The Defendants, their employee's agents and assigns owned, leased, maintained and/or controlled the property which is the location where this incident occurred.

18. This is a wrongful death action in which Defendant(s) would have been liable if death had not ensued pursuant to A.R.S. §12-611.

19. Sandy Davis is the proper person to institute this action pursuant to A.R.S. §12-612.

20. As a proximate result of the Defendants' negligence causing the death of Christopher Cupchak, Sandy Davis has been damaged and seeks past and future damages for:

A. The loss of love, affection, consortium, companionship, care, protection, and guidance.

B. Pain, grief, sorrow, anguish, stress, shock, and mental suffering.

C. Income and services lost.

D. Reasonable expenses of necessary funeral and burial.

E. Reasonable expenses of necessary medical care and services for the injury that resulted in death.

F. All those damages that are "fair and just" pursuant to A.R.S. §12-613.

21. In this wrongful death action, the conduct of the Defendants' constitutes extreme and outrageous conduct that displays a conscious disregard for the safety of others and an evil mind entitling Ms. Davis to an award of punitive/exemplary damages. Further, "aggravating circumstances" are present pursuant to A.R.S. §12-613 in which Plaintiff is entitled to an award of punitive/exemplary damages.

22. On or about 5/23/2021, Mr. Cupchak was provided medication laced with Fentanyl for his pain by his supervisor, Defendant Kenneth James Brady, in the course

and scope of his employment with Circle K stores, Inc. and/or Alimentation Couche-Tard, Inc.

23. The Defendants and each of them, knew or should have known that employees, in the course and scope of their employment, should not be providing medications, of any kind, to individuals such as Mr. Cupchak. The Defendants knew or should have known that medication provided to Mr. Cupchak was laced with Fentanyl.

24. The Defendants actions of failing to properly train, supervise or hire employees as to not permit employees, in the course and scope of their employment with Circle K, Inc. and/or Alimentation Couche-Tard, Inc.created or allowed the decedent to be provided medication laced with Fentanyl by a Circle K Inc. employee.

25. The Defendants and each of them, knew or should have known that providing or allowing to be provided medications to Mr. Cupchak, without a valid license to do so is a legal violation

26. Upon information and belief at the time of this incident Neither of the Defendants maintain a valid license to proscribe medications.

27. As an actual, direct, and proximate result of the Defendants' negligence, Sandy Davis suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for pain, discomfort, suffering, disability, emotional stress and anxiety.

28. As an actual, direct, and proximate result of the Defendants' negligence, Sandy Davis has lost earnings to date.

29. As a direct and proximate result of the negligence, carelessness, and failures and omissions by the Defendants, Sandy Davis suffered a loss of consortium that includes but is not limited to loss of service, loss of society; loss of affection; and loss of assistance loss of companionship, and loss of support.

30. Defendants' conduct constitutes extreme and outrageous conduct that displays a conscious disregard for the safety of others such that a jury may award punitive damages against Defendants.

31. As an actual, direct, and proximate result of the Defendant(s)' negligence, Sandy Davis has sustained and will sustain to a reasonable probability in the future, physical, emotional, personal property and other financial losses.

32. Defendants' conduct constitutes extreme and outrageous conduct that displays a conscious disregard for the safety of others such that a jury may award punitive damages against Defendants.

33. Plaintiff claims that the damages in this matter meet the criteria for **Tier 3** as specified in Rule 26.2(c)(3), Arizona Rules of Civil Procedure.

**WHEREFORE**, Sandy Davis individually and on behalf of all Statutory benificiaries prays for judgment against the Defendants, and each of them, as follows:

    A.    For general compensatory damages in a just and reasonable amount;

    B.    For out of pocket expenses incurred;

    C.    Punitive Damages;

    D.    For loss of consortium;

    E.    Mental anguish;

    F.    For court costs incurred; and

    G.    For such other and further relief as the Court deems just and proper.

Dated: May 20, 2022

**BREYER LAW OFFICES, P.C.**

*/s/ Brian Fawber*

Mark P. Breyer
Brian C. Fawber
3840 East Ray Road
Phoenix, Arizona 85044
Attorneys for Plaintiff

212900

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
5/21/2022 4:19:12 PM
Filing ID 14341311

Person/Attorney Filing: Brian Fawber
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)219-6274
E-Mail Address: daniellel@breyerlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028577, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Sandy Davis
Plaintiff(s),
v.
Circle K Stores, Inc., et al.
Defendant(s).

Case No. CV2022-006473

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Brian Fawber /s/
Plaintiff/Attorney for Plaintiff

AZTurboCourt.gov Form Set #5834061